THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN AVITTO, Appellant. [859 NYS2d 891]—Appeal by the defen-

dant, as limited by his motion, from a sentence of the Supreme Court, Kings County (DiMango, J.), imposed October 18, 2006, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Skelos, Florio, Carni and Leventhal, JJ., concur.